

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Vincent J. Poppiti
Direct Dial: (302) 622-4274
Email Address: vpoppiti@foxrothschild.com

February 16, 2010

**Re:**  Mendoza et al v. AGCO Corporation et al.  C.A. No.: 09-646 (SLR)
Kirks et al. v. Carborundum Corporation et al.   C.A. No.: 08-856 (SLR)
Harrison v. Elliott Turbomachinery et al.  C.A. No.: 09-770 (SLR)
Semsarzadeh et al. v. Ametek et al.  C.A. No.: 09-870 (SLR)
Wiersma et al v. A W Chesteron Company et al. C.A. No.: 08-857 (SLR)
Lane v. Aldrich Co. Boilers et al. C.A. No.:  09-586 (SLR)
<u>Bounds et al v. Advance Auto Parts Inc. et al. C.A. No.: 09-645 (SLR)</u>

Dear Counsel and Parties:

Please be advised that the Omnibus Status Hearing scheduled for Wednesday, February 16, 2010 has been cancelled. The hearing has been re-scheduled for **Wednesday, March 3, 2010 at 2:00 p.m. EST** at the U.S. District Court District of Delaware, Courtroom 2A.

Please feel free to contact my office with any questions.

Yours very truly,

Vincent J. Poppiti

VJP:jlb